SADIE SCHROLD et al., Plaintiffs, *v.* CITY OF NEW YORK, Respondent, and OCEANA REALTY CORPORATION, Impleaded Defendant-Appellant.

Submitted October 19, 1948; decided November 24, 1948.

*Joseph A. Driscoll* and *Frederick Mellor* for appellant.

*John P. McGrath, Corporation Counsel* (*Stanley Buchsbaum* and *Seymour B. Quel of* .counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch., J. LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.